**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| WARREN BLAUGRUND, et al. | ) | CASE NO.: 1:06CV1399 |
| | ) | |
| Plaintiffs, | ) | JUDGE BOYKO |
| | ) | |
| vs. | ) | **STIPULATION OF DISMISSAL** |
| | ) | |
| BROYHILL FURNITURE | ) | |
| INDUSTRIES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

Now come the parties, by and through their counsel, and pursuant to Civil Rule 41(a)(1)
hereby agree to dismiss this action against Defendant Broyhill Furniture Industries, Inc. with
prejudice. Each party is to bear their own costs.


IT IS SO ORDERED

.

s/Christopher A. Boyko
U.S. District Court Judge

Date: January 12, 2007

Respectfully submitted,


/s/Craig Bashein
CRAIG BASHEIN
35th Floor, Terminal Tower
50 Public Square
Cleveland, Ohio 44113
*Attorney for Plaintiff*


/s/Michelle J. Sheehan
MICHELLE J. SHEEHAN (0062548)
**REMINGER & REMINGER CO., L.P.A**.
1400 Midland Building
101 Prospect Avenue, West
Cleveland, Ohio  44115-1093
Phone:  (216) 687-1311
Fax:  (216) 687-1841
*Attorney for Defendant*